UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRS CAPITAL PARTNERS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SOUTHWEST MORTGAGE CORPORATION, INC.,<br><br>    Defendant. | Case No. 16-cv-03303-DMR<br><br>**ORDER TO FILE STATUS REPORT BY SEPTEMBER 30, 2016**<br><br>Re: Dkt. No. 10 |

On August 29, 2016, Plaintiff KRS Capital Partners filed a notice of conditional settlement. [Docket No. 10.] By no later than September 30, 2016, Plaintiff is ordered to submit a report regarding the status of this case.

**IT IS SO ORDERED.**

Dated: August 30, 2016

Donna M. Ryu
United States Magistrate Judge